UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MITSUI O.S.K. LINES, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE ALLIANCE SHIPPING S.A.L., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03396-JCS<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA** |
|---|---|

At a hearing on December 15, 2017, the parties stipulated in open court to the transfer of this case and *Mitsui O.S.K. Lines, Ltd. v. Blue Alliance Shipping S.A.L.*, No. 3:17-cv-05224 (JCS) to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 1406(a). Accordingly, the Clerk is instructed to transfer this case to the United States District Court for the Northern District of Florida.

**IT IS SO ORDERED.**

Dated: December 15, 2017

JOSEPH C. SPERO
Chief Magistrate Judge